UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, et al.,<br><br>               Plaintiffs,<br><br>-against-<br><br>THE SAMUEL B. COLLECTION, INC.<br><br>               Defendant. | 23-CV-08239 (DLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      At the settlement conference held on January 22, 2024, the parties agreed to exchange informal discovery in anticipation of more productive subsequent settlement talks. It has been more than a month since the last settlement conference. Accordingly, it is ORDERED that, unless the parties can report that they have reached a settlement in principle, a settlement conference is scheduled for **Thursday, March 21, 2024, at 2:00 p.m**., in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **March 7, 2024** to propose three alternative dates for a settlement conference during the week of March 19, 2024. No later than five business days before the settlement conference, the parties must update and resubmit their Ex Parte Settlement Conference Reports.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  February 26, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge