UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, et al., <br><br>　　　　　Plaintiffs, <br><br>　-against- <br><br>THE SAMUEL B. COLLECTION, INC. <br><br>　　　　　Defendant. | 23-CV-08239 (DLC) (RFT) <br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The next settlement conference is scheduled for **Monday, April 29, 2024 at 10:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

　　Corporate parties must send the person with decision-making authority to settle the matter to the conference.

　　If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: March 22, 2024　　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge