UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> THE SAMUEL B. COLLECTION, INC., <br><br> Defendant. | 23-CV-08239 (DLC)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for April 29, 2024**.** Due to the parties' request, it is now rescheduled to **Monday, May 13, 2024 at 2:00 p.m** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  April 8, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge